No. 99–5106 (A–27). DAVIS v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS would grant the application for stay of execution.

No. 99–5161 (A–35). DAVIS v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS would grant the application for stay of execution.

JULY 8, 1999

No. A–38 (O. T. 1999). HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS v. FORD. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit on July 7, 1999, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

JULY 12, 1999

No. 98–2051. CANTU v. M. S. W. GROUP, L. L. C., ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.1.

JULY 21, 1999

No. 98–7540. CARMELL v. TEXAS. Ct. App. Tex., 2d Dist. [Certiorari granted, ante, p. 1002.] Motion for appointment of counsel granted, and it is ordered that Richard D. Bernstein, Esq., of Washington, D. C., be appointed to serve as counsel for petitioner in this case.

No. 99–5341 (A–80). IN RE STRICKLER. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Motion of peti-